**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

RAYMOND KIMBLE, III

VERSUS

HILLAR C. MOORE, III, ET AL.

CIVIL ACTION

NO. 20-708-JWD-RLB

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 17, 2021 (Doc. 81), to which no objection was filed;

**IT IS ORDERED** that the defendants' Motion to Dismiss (Doc. 48) is granted, dismissing the plaintiff's claims against defendants Gautreaux and East Baton Rouge Sheriff's Office with prejudice.

**IT IS FURTHER ORDERED** that this matter is referred back to the magistrate judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on December 31, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**