UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RAYMOND KIMBLE, III**

**VERSUS**

**HILLAR C. MOORE, III, ET AL.**

CIVIL ACTION

NO. 20-708-JWD-RLB

OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Reports dated January 26, 2022, (Doc. 104), to which no objection was filed;

**IT IS ORDERED** that the defendants' Motion to Dismiss (Doc. 49) is granted dismissing the plaintiff's claims against defendants Baton Rouge Police Department[1], City of Baton Rouge, Parish of East Baton Rouge, Danny Forbes, Adam Alford, Michael Blondeau, Adam Lea, Joseph Nealond, Michael Barrow, Darren Moses, Wroten Brumfield, and Ira Roberts with prejudice.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on <u>March 3, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Defendant Baton Rouge Police Department is included in the Motion's request for relief (R. Doc. 49, p.6) and a defense for this defendant was briefed in the accompanying Memorandum in Support (R. Doc. 49-1, p.7).