# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RAYMOND KIMBLE, III**                                **CIVIL ACTION**

**VERSUS**                                             **NO. 20-708-JWD-RLB**

**HILLAR C. MOORE, III, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 28, 2022, (Doc. 133), to which no objection was filed;

**IT IS ORDERED** that the Plaintiff's Motion (Doc. 86) is granted in part, dismissing the plaintiff's claims against defendants Mitchell, Doe, and Office of the Public Defender, without prejudice. In all other regards, the plaintiff's motion is denied as moot.

**IT IS FURTHER ORDERED** that the plaintiff's duplicate Motion (Doc. 111), filed with regards to Defendants Mitchell, is denied as moot.

Signed in Baton Rouge, Louisiana, on September 7, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**