UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND KIMBLE, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-708-JWD-RLB** |
| **HILLAR C. MOORE, III, ET AL.** | |

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 28, 2022, (Doc. 134), to which no objection was filed;

**IT IS ORDERED** that the Plaintiff's Motion to Dismiss (Doc. 89) is granted, dismissing the plaintiff's claims against defendants Hayes, Thompson, Monfra, Lopinto, and the Jefferson Parish Sheriff's Office, without prejudice. In all other regards, the motion is denied.

**IT IS FURTHER ORDERED** that the Plaintiff's duplicate Motion to Dismiss (Doc. 112) is denied as moot.

Signed in Baton Rouge, Louisiana, on September 7, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**